UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____
)
IN RE YASMIN AND YAZ (DROSPIRENONE))     3:09-md-02100-DRH-PMF
MARKETING, SALES PRACTICES AND    )
PRODUCTS LIABILITY LITIGATION    )     MDL No. 2100
_____)
   ORDER
   VACATING DISMISSAL

**This Document Relates to:**

*Deborah Elaine Motley and Joseph D. Motley v. Bayer Corp., et al.* No. 3:11-cv-12115-DRH-PMF

### ORDER

**HERNDON, Chief Judge:**

Plaintiffs have filed a motion to vacate (Doc. 8) the Court's order dismissing the above titled case without prejudice for failure to comply with Plaintiff Fact Sheet Requirements (Doc. 7). Bayer is not opposed to plaintiff's motion to vacate (Doc. 9). Accordingly, the Court hereby **VACATES** the order dismissing without prejudice plaintiffs' action and thereby **REINSTATES** plaintiffs' case.

**SO ORDERED:**

David R. Herndon
2012.03.05 13:46:13
-06'00'

**Chief Judge**
**United States District Court**           Date: March 5, 2012